Rec # 151031
CK # 1013
FILED
2010 SEP 27 PM 1:29
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND OF OHIO

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In the Matter of: : Case No. 08-20029
: Chapter 7; Judge ARTHUR I. HARRIS
JOHN T. CSEH :
:
Debtor. :

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $38.36 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name and address of the party entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Pristine Pools<br>2445 Portland Street<br>Sarasota, FL 34231 | 7 | $38.36 |

Total Unclaimed/Small
Dividends $25.00 or Under

$_____

Total Unclaimed Dividends
Over $25.00

$38.36

Dated: 9-23-10

_____
Mary Ann Rabin (0000009)
Rabin & Rabin Co., LPA
55 Public Square
Suite 1510
Cleveland, Ohio 44113
(216)771-8084
(216)771-4615 facsimile
mrabin@rabinandrabin.com